**CERTIFICATE OF SERVICE BY CERTIFIED MAIL**
***GILL ET AL. v BARRETT ET AL.*, No. C 07-04080-PJH**

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California.  My business address is 550 Kearny St., Suite 200,  San Francisco, CA, 94108.  I am over the age of 18 and not a party to the above named action.

On August 10, 2007, I served true copies of the following:

> **Petition for *De Novo* Review of Petitioner's Application for Naturalization Pursuant to 8 U.S.C. § 1447(b) And To Compel Agency Action Under 28 U.S.C. § 1361 And 5 U.S.C. § 706(1)**
> **Summons in a Civil Case**
> **Order Setting Initial Case Management Conference and ADR Deadlines**
> **Order of U.S. District Judge Phyllis J. Hamilton**
> **ECF Registration Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| Robin L. Barrett, Field Office Director<br>USCIS San Francisco District Office<br>630 Sansome Street<br>San Francisco, CA 94111 | Emilio T. Gonzalez, Director<br>USCIS<br>425 I Street, NW<br>Washington, DC 20536 |
| Michael Chertoff<br>U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 | Alberto Gonzales<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Robert S. Mueller, III, Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001 | United States Attorney's Office<br>Northern District<br>450 Golden Gate Ave., 11th Fl.<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on August 10, 2007, in San Francisco, California.

/s/
_____
Lina Baroudi