1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 JOGINDER SINGH GILL,                         )
   JASWINDER KAUR,                              )  No. C 07-4080 PJH
13                                              )
               Plaintiffs,                      )
14                                              )
           v.                                   )  **STIPULATION TO DISMISS; AND**
15                                              )  **[PROPOSED] ORDER**
   ROBIN L. BARRETT, Field Office Director,     )
16 USCIS San Francisco District Office;         )
   EMILIO T. GONZALEZ, Director, U.S.           )
17 Citizenship and Immigration Services;        )
   MICHAEL CHERTOFF, Secretary, U.S.            )
18 Department of Homeland Security;             )
   ALBERTO GONZALES, U.S. Attorney              )
19 General;                                     )
   ROBERT S. MUELLER, III, Director,            )
20 Federal Bureau of Investigation,             )
                                                )
21             Defendants.                      )
                                                )
22

23     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

25 entitled action without prejudice in light of the fact that the United States Citizenship and

26 Immigration Services is now prepared to adjudicate Plaintiffs' applications for naturalization and

27 agrees to do so within 30 days of the dismissal of this action.

28 ///

Stipulation to Dismiss
C07-4080 PJH                             1

1  Each of the parties shall bear their own costs and fees.

2  Dated: September 12, 2007                    Respectfully submitted,

3                                               SCOTT N. SCHOOLS
                                                United States Attorney

4

5

6                                               _____/s/_____
                                                MELANIE L. PROCTOR
                                                Assistant United States Attorney
7                                               Attorney for Defendants

8

9
   Dated: September 12, 2007                    _____/s/_____
10                                              ROBERT B. JOBE
                                                Attorney for Plaintiffs
11

12

13                              **ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED.

15

16
    Date:                                       _____
17                                              PHYLLIS J. HAMILTON
                                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4080 PJH                          2