SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOGINDER SINGH GILL, JASWINDER KAUR, <br><br>    Plaintiffs, <br><br>v. <br><br>ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, <br><br>    Defendants. | No. C 07-4080 PJH <br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiffs' applications for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

Stipulation to Dismiss
C07-4080 PJH                            1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |

Dated: September 12, 2007      Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                 /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: September 12, 2007                     /s/
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/13/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C07-4080 PJH                  2